| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>HOEVELER, WILLIAM M. | 2. Court or Organization<br><br>U. S. DISTRICT COURT | 3. Date of Report<br><br>05/15/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>SENIOR U. S. DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>301 NORTH MIAMI AVENUE<br>9TH FLOOR<br>MIAMI, FLORIDA 33128 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE | TRANSITION, INC. (NON-PROFIT REHABILITATION) |
| 2. BOARD OF CONTRIBUTORS | UNIVERSITY OF TEXAS, SCHOOL OF LAW "REVIEW OF LITIGATION" |
| 3. CO-TRUSTEE WITH NO. TRUST BANK | TRUST #1, DECLARATION OF TRUST, DATED 4\20\00 |
| 4. BOARD OF ADVISORS | UNIVERSITY OF MIAMI SCHOOL OF LAW CENTER FOR ETHICS AND PUBLIC SERVICE |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOEVELER, WILLIAM M. | 05/15/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | SELF EMPLOYED - PHYSICAL THERAPIST |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **HOEVELER, WILLIAM M.** | 05/15/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **HOEVELER, WILLIAM M.** | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. .TRUST #1 | | | | | | | | | |
| 2. - No. Trust Money Market | B | Interest | L | T | | | | | |
| 3. Checking Account - Bank of America, Coral Gables, FL | A | Interest | L | T | | | | | |
| 4. NOW Checking Account, No. Trust Bank, Miami, FL | A | Interest | J | T | | | | | |
| 5. - Bank of America (CD) | A | Interest | | | Matured | 01/31/13 | L | | |
| 6. - SH MFB No FDS STK Index Fund (Nosix) | C | Dividend | M | T | | | | | |
| 7. - SH MFB No Int'l Equity Index Fund (Noinx) | A | Dividend | K | T | | | | | |
| 8. - SH MFB No Mid Cap Index Fund (Nomix) | A | Dividend | J | T | Sold (part) | 08/29/13 | J | | No. Trust Bank |
| 9. -C SH Apple | A | Dividend | J | T | | | | | |
| 10. - SH MFB No. Emerging Mkt Equity Fund (Noemx) | A | Dividend | J | T | Sold (part) | 08/20/13 | J | | No. Trust Bank |
| 11. - SH MFB No. High Yield Fixed Income Fund (NHFIX) | B | Dividend | K | T | | | | | |
| 12. - SH MFB No. FDS Global Real Estate Index FD (NGREX) | A | Dividend | J | T | Buy (add'l) | 06/27/13 | J | | No Trust Bank |
| 13. -MFB No. Multi Mgr Sm Cap NMMSX | | None | J | T | Sold (part) | 08/29/13 | J | | No. Trust Bank |
| 14. -Honeywell Int'l Inc Sr NT -PAR | A | Interest | K | T | | | | | |
| 15. -DuPont E I DeNemours PAR | B | Interest | K | T | | | | | |
| 16. -MFC SPDR GOLD TR GOLD SH | | | | | Sold | 06/13/13 | J | A | No. Trust Bank |
| 17. -MFO PIMCO (PCRIX) SH | A | Dividend | | | Sold | 02/08/13 | J | | No Trust Bank |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOEVELER, WILLIAM M. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -MFB NORTHERN FDS BD INDEX FD (NOBOX) | A | Dividend | K | T | | | | | |
| 19. -MFO Vanguard Fixed Income SECS FD (VIPSX) | A | Dividend | J | T | | | | | |
| 20. -MFC Flexshares Morningstar Global (GUNR) (x) | A | Dividend | J | T | Buy | 02/08/13 | J | | No Trust Bank |
| 21. Trust #1 (S) | | | | | | | | | |
| 22. - Davis Real Estate Fund Class B | | None | J | T | | | | | |
| 23. - Davis Financial Fund Class B | | None | J | T | | | | | |
| 24. - Eaton Vance WW Health Sciences Fund Class B | | None | J | T | | | | | |
| 25. - Oppenheimer main St. Small Cap. fund CL A | A | Dividend | J | T | | | | | |
| 26. - Putnam Health Sciences Trust CL B | A | Dividend | J | T | | | | | |
| 27. - Putnam Int'l Equity Fund CL B | A | Dividend | J | T | | | | | |
| 28. - Putnam Int'l Capital Opportunities Fund CL B | A | Dividend | J | T | | | | | |
| 29. - Citigroup Diversified Futures Fund L | | None | K | T | | | | | |
| 30. - Annuity - Nationwide Life Insurance Co | | None | K | T | | | | | |
| 31. - Federal Home Loan MTG Corp | A | Interest | J | T | | | | | |
| 32. - Bank Deposit Program - Citibank | A | Interest | J | T | | | | | |
| 33. Brokerage Acct Managed Account Smith Barney (S) | B | Dividend | M | T | | | | | |
| 34. CGM Roth Conversion IRA (S) Smith Barney | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOEVELER, WILLIAM M. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -AIM Mid Cap Core Equity Fund CL A | A | Interest | J | T | | | | | |
| 36. - American Balanced Fund CL B | A | Interest | J | T | | | | | |
| 37. - Enterprise Small Co. Value Fund CL B | A | Interest | J | T | | | | | |
| 38. - Growth Fund of America CL B | A | Interest | J | T | | | | | |
| 39. - Morgan Stanley KLD Social Index Fund CL B | A | Interest | J | T | | | | | |
| 40. - Putman Int'l Equity Fund CL B | A | Interest | J | T | | | | | |
| 41. - Seligman Capital Fund CL A | A | Interest | J | T | | | | | |
| 42. - Seligman Cash Mgmt Fund | A | Interest | J | T | | | | | |
| 43. -Seligman Global Tech Fund CL A | A | Interest | J | T | | | | | |
| 44. - Seligman Communications and Informatin fund CL A | | None | J | T | | | | | |
| 45. Savings Account (S) 1st Nat'l Bank of So. Miami | A | Interest | J | T | | | | | |
| 46. Checking Account (S) lst Nat'l Bank of So. Mimai | A | Interest | J | T | | | | | |
| 47. C SH Eastman Kodak (S) | A | Interest | J | T | | | | | |
| 48. C SH Prudential Financial Inc (S) | A | Interest | J | T | | | | | |
| 49. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOEVELER, WILLIAM M. | 05/15/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

SECTION VII.   INVESTMENTS AND TRUSTS.

Starting with Trust #1 (S) these are my ▢▢▢ holding listed below it.  They are her sole financial interest and responsbility and I derive no interest or benefit from them nor will I receive any interest or benefit from them.   They were hers prior to the marriage and remain so.

Line 33  is listed as a managed account and line 34 is a Roth Conversion IRA.  My ▢▢▢ has no control over the holdings in these accounts, and I have no further information on them.  On Line 33 there is no name associated with it other than their report saying Managed Account.  I have listed the brokerage house to help identify it.  She neither chooses what is to be sold or bought.    As stated I have no information on these and they are hers and I receive no interest or benefit nor will I receive any interest or benefit from them.  She also does not have any information on line 34 other than it is a Roth Conversion IRA.  As stated previously, these are not under my control and they are hers and hers alone and remain so.

| Name of Person Reporting | Date of Report |
|---|---|
| HOEVELER, WILLIAM M. | 05/15/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **WILLIAM M. HOEVELER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544